**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 25-55423 |
| | : | |
| SUPPLYBIT, LLC | : | Chapter 7 |
| | : | |
| Debtor(s).    : | | Judge Tiffany Strelow Cobb |

**REJECTION BY INTERIM TRUSTEE**

**PLEASE TAKE NOTICE** that, having reviewed the Statement of Affairs and Schedules

which I received, I choose to reject my appointment as Interim Trustee because he has a conflict of

interest.

/s/ William B. Logan, Jr.
William B. Logan, Jr.
Luper Neidenthal & Logan
1160 Dublin Road, Suite 400
Columbus, OH 43215
(614) 221-7663   Fax:  (866) 345-4948
wlogan@LNLattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Rejection by Interim Trustee was served
**electronically** on the date of filing through the Court's ECF System on all ECF participants
registered in this case at the email address registered with the court.

And by **first class mail**, on January 14, 2026 addressed to all parties shown below:

Supplybit, LLC
1715 Ave. Ponce de Leon Suite 7
San Juan, PR 00909

/s/ William B. Logan, Jr.
William B. Logan, Jr., Trustee