Form 27orsjeh
(Rev. 6/19)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  Supplybit, LLC

    Debtor(s)

Case No.: 2:25−bk−55423

Chapter:  7

Judge:  Tiffany Strelow Cobb

### ORDER SETTING CONSOLIDATED PRELIMINARY AND FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CONTINUING STAY UNTIL HEARING

A motion for relief from the automatic stay imposed by § 362 was filed in this case by EAG Enterprises, Inc. on January 16, 2026 (Doc. 27). A response was filed by the Debtor on February 6, 2026 (Doc. 40). It is hereby **ORDERED** that:

  **1.** The preliminary and final hearing on this matter shall be consolidated and shall be held before the Court on **March 4, 2026 at 10:00 AM in Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215.** Any party may, within seven (7) days of the date of the entry of this order, request a preliminary hearing.

  **2.** Unless otherwise specified in this order, the amount of time allocated for hearings on a motion for relief from stay is fifteen (15) minutes. If any party anticipates that additional time will be necessary, that party must contact the Courtroom Deputy at (614) 469−7704, at least five (5) business days prior to the hearing.

  **3.** The parties shall be prepared to present all witnesses and evidence at the hearing on the Motion. *See* Fed. R. Bankr. P. 9014(e). Any party intending to introduce documentary evidence or call witnesses at the hearing shall, three (3) business days prior to the hearing, file and serve on the opposing party witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016−1, Attachments A and B. Use of the Trustee's financial records shall be in accordance with LBR 9013−1(g). Exhibits to be introduced at the hearing shall be pre−marked and sufficient copies shall be available to provide copies to the Court, the law clerk, and all parties.

  **4.** Should any party fail to appear at the final hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as is authorized by law.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

**IT IS SO ORDERED.**

Dated: February 9, 2026

*Tiffany Strelow Cobb*
Tiffany Strelow Cobb
United States Bankruptcy Judge