**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Tiffany Strelow Cobb
United States Bankruptcy Judge

**Dated: February 17, 2026**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)**

| | |
|---|---|
| **In re:** | : Case No. 25-55423 |
| | : |
| **SUPPLYBIT, LLC** | : Chapter 7 |
| | : |
| **Debtor** | : Judge Tiffany Strelow Cobb |

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR INITIAL EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court on the Debtor's Second Motion for Initial Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion") filed by Supplybit, LLC, the debtor herein (the "Debtor"). In the Motion, the Debtor requests a second fourteen (14) day extension of the time to file its schedules and statement of financial affairs pursuant to Fed. R. Bankr. P. 1007(c)(2) such that such schedules and statement would be due on February 23, 2026. Having considered the Motion, and being duly advised in the premises, the Court finds that the

1

Motion should be granted.    **IT IS THEREFORE ORDERED** that the Debtor's Motion is granted.

**IT IS ALSO ORDERED** that the Debtor's schedules and statement of financial affairs shall be due on or before February 23, 2026.

Copies to:

Default List

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-55423-tsc |
| Supplybit, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Supplybit, LLC, 1715 Ave. Ponce de Leon Suite 7, San Juan, PR 00909, UNITED STATES 00909-1958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Chris Millard | on behalf of Interested Party Viking Data Centers LLC CMillard@ralaw.com |
| Connor D. Hicks | on behalf of Debtor Supplybit  LLC cdhicks@taftlaw.com |
| Devin Owens | on behalf of Creditor EAG Enterprises  Inc. Devin@Scientia.law |
| Edward Henry Cahill | on behalf of U.S. Trustee Asst US Trustee (Col) edward.h.cahill@usdoj.gov |
| James A Coutinho | on behalf of Trustee James A. Coutinho coutinho@asnalaw.com  doan@asnalaw.com;schenck@asnalaw.com |

District/off: 0648-2 User: ad Page 2 of 2
Date Rcvd: Feb 17, 2026 Form ID: pdf01 Total Noticed: 1

James A. Coutinho
    coutinho@asnalaw.com doan@asnalaw.com;jac@trustesolutions.net;cjac11@trustesolutions.net

Julie Kaplan Zurn
    on behalf of Interested Party Viking Data Centers LLC jzurn@ralaw.com llawrence@ralaw.com

Myron N Terlecky
    on behalf of Creditor Standard Power Hosting Infra Company LLC mnt@columbuslawyer.net mlv@columbuslawyer.net

Pamela Arndt
    on behalf of U.S. Trustee Asst US Trustee (Col) Pamela.D.Arndt@usdoj.gov

Steven E Miller
    on behalf of Petitioning Creditor Coinfinity Smiller@amundsendavislaw.com smcnamer@cbjlawyers.com

Steven E Miller
    on behalf of Petitioning Creditor APS Group Inc. Smiller@amundsendavislaw.com, smcnamer@cbjlawyers.com

Steven E Miller
    on behalf of Petitioning Creditor Thomas Pollan Smiller@amundsendavislaw.com smcnamer@cbjlawyers.com

Steven E Miller
    on behalf of Petitioning Creditor David Aghamalian Smiller@amundsendavislaw.com smcnamer@cbjlawyers.com

Steven E Miller
    on behalf of Petitioning Creditor TNEK INC. Smiller@amundsendavislaw.com, smcnamer@cbjlawyers.com

Steven E Miller
    on behalf of Petitioning Creditor Justin Burbank Smiller@amundsendavislaw.com smcnamer@cbjlawyers.com

TOTAL: 16