**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: March 23, 2026**

Tiffany Strelow Cobb
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-55423 |
| | : | |
| Supplybit, LLC, | : | Chapter 7 (Involuntary) |
| | : | |
| | : | Judge Tiffany Strelow Cobb |
| Debtor. | : | |

**ORDER GRANTING MOTION OF STANDARD POWER HOSTING INFRA COMPANY, LLC  FOR RELIEF FROM STAY AS TO PENDING LITIGATION (DOC. 49)**

This matter is before the court on the *Motion of Standard Power Hosting Infra Company, LLC for Relief from Stay as to Pending Litigation* (Doc. 49*)* (the "Motion") filed on February 16, 2026. Through the Motion, Standard Power Hosting Infra Company, LLC ("the "Movant"), seeks relief from the automatic stay to permit Movant to prosecute a counterclaim against the Debtor Supplybit, LLC (the "Debtor"), pending in the, Commercial Division Part 03M to proceed, including appeals filed therein.

The Movant has alleged that cause exists for granting the Motion. The Motion was served on the Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties to the

1

Motion. The Motion was served on the Debtor in care of its statutory agent. A Supplemental Notice of the Motion was filed indicating that the Motion also was served on the Debtor at the address listed on this Court's Docket on February 19, 2026 (Doc. 51). No responsive pleading was filed. Based upon the foregoing, the Motion is approved.

It is, therefore, **ORDERED and DECREED** that the Motion be, and hereby is, Granted. The Automatic Stay imposed by 11 U.S.C. 362 is modified to permit Movant to pursue its claims in the Supreme Court of the State of New York, County of New York, with respect to the Debtor and other parties.

IT IS SO ORDERED.

Submitted By:


  /s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
John W. Kennedy  (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
T: (614) 228-6345 F: (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
*Attorneys for Standard Power Hosting Infra
        Company, LLC*

Default List

2