# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 25-55423 | |
| **Case Name:** | SUPPLYBIT LLC | |
| **For the Period Ending:** | 03/31/2026 | |

| | |
|---|---|
| **Trustee Name:** | James A. Coutinho |
| **Date Filed (f) or Converted (c):** | 12/09/2025 (f) |
| **§341(a) Meeting Date:** | 02/20/2026 |
| **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Refund of Retainer from Hiller Law, LLC | $0.00 | $860.25 | | $860.25 | FA |
| 2 | Coinbase Account | $133.50 | $133.50 | | $0.00 | $133.50 |
| **Asset Notes:** | Account may be locked by Coinbase and amount may be insufficient to seek turnover. | | | | | |
| 3 | Claims against Viking Data Centers, LLC et al. | $8,545,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Viking obtained relief from stay to reopen arbitration proceedings. Arbitrator ruled against Debtor on claims. Trustee reached compromise with Viking on remaining open legal issues. | | | | | |
| 4 | Claims against Standard Power Hosting INFRA Company, LLC (amount requested plus consequential damages) | Unknown | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Standard Power obtained relief from stay for litigation in NY. Debtor holds claims but there are counterclaims. May be subject to lien to Anchorage Lending CA, LLC. | | | | | |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Asset** |
| | $8,545,133.50 | $993.75 | $860.25 | $133.50 |

## Major Activities affecting case closing:

| | |
|---|---|
| 03/26/2026 | Motion to compromise with Viking filed. |
| 03/17/2026 | 341 held lasting approximately 2.5 hours. Trustee to seek additional information and disclosures from Debtor based on issues discussed at 341 meeting. Possible estate claims may exist in relation to disposition of assets, but not enough information has been provided yet to determine the same. |
| 03/05/2026 | Trustee has agreed to terms of relief from stay with EAG to protect any potential determination of property of estate. Court wants some additional language that is being negotiated. |
| 02/11/2026 | Involuntary proceeding with order for relief under chapter 7. Debtor previously operated as a Bitcoin miner. Limited information is available until schedules are filed and 341 is conducted, but the Trustee is reviewing all case matters to determine if there are any assets or claims. |
| 02/11/2026 | Viking arbitrator rules against Debtor's claims. Trustee in discussions with Viking regarding resolution of remaining claims. |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/26/2027 | **Current Projected Date Of Final Report (TFR):** | 12/09/2027 | /s/ JAMES A. COUTINHO |
| | | | | JAMES A. COUTINHO |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 25-55423 | Trustee Name: | James A. Coutinho |
| Case Name: | SUPPLYBIT LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4263 | Checking Acct #: | ******0128 |
| Co-Debtor Taxpayer ID #: | | Account Title: | General |
| For Period Beginning: | 04/01/2025 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2026 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2026 | (1) | Hiller Law, LLC | Refund of Retainer from Debtor's Counsel | 1129-000 | $860.25 | | $860.25 |
| 03/31/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.07 | $859.18 |

| | | | | |
|---|---|---|---|---|
| TOTALS: | | $860.25 | $1.07 | $859.18 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $860.25 | $1.07 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $860.25 | $1.07 | |

**For the period of  04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $860.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $860.25 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1.07 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2026  to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $860.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $860.25 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1.07 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 25-55423 | |
| **Case Name:** | SUPPLYBIT LLC | |
| **Primary Taxpayer ID #:** | **-***4263 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2025 | |
| **For Period Ending:** | 03/31/2026 | |

| | |
|---|---|
| **Trustee Name:** | James A. Coutinho |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0128 |
| **Account Title:** | General |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $860.25 | $1.07 | $859.18 |

**For the period of 04/01/2025 to 03/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $860.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $860.25 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/26/2026 to 3/31/2026**

| | |
|---|---|
| Total Compensable Receipts: | $860.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $860.25 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES A. COUTINHO

JAMES A. COUTINHO