**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: April 30, 2026**

Tiffany Strelow Cobb
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 25-55423** |
| | ) | |
| | ) | **CHAPTER 7 (Involuntary)** |
| | ) | |
| SUPPLYBIT, LLC, | ) | |
| | ) | **JUDGE TIFFANY STRELOW COBB** |
| Debtor. | ) | **United States Bankruptcy Judge** |
| | ) | |
| | ) | |

---

**ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE
CONTROVERSY (DOC. 64)**

This matter is before the Court on the Trustee's *Motion for Authority to Compromise Controversy* [Docket #64] seeking an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure authorizing and empowering the Trustee to compromise the controversy between the bankruptcy estate of Supplybit, LLC (hereinafter, the "Debtor" or "Supplybit"), on the one hand, and Viking Data Centers LLC ("VDC"), Viking Real Estate Holdings LLC ("VREH"), VDC Toledo LLC ("Toledo"), and VDC Tigerden LLC ("Tigerden") (collectively, the

1

"Viking Entities"), on the other.  The Motion was served on March 26, 2026 electronically through the court's ECF system on all ECF participants registered in this case at the email address registered with the Court and by ordinary U.S. Mail addressed to all creditors and parties in interest as set forth in the mailing matrix attached to the Motion. Notwithstanding the elapse of 21 days since the Motion was served, no objections or responses have been filed with the Court. The Court having reviewed the Motion finds that (i) the Court has jurisdiction over this matter and the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue over this case and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion was just and proper, and (v) the Motion is well taken. The Court finds that the compromise proposed by the Trustee is fair and equitable and in the best interests of the bankruptcy estate.

THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1.      Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion;

2.      The Motion is granted;

3.      The Trustee is authorized to compromise the controversy between the bankruptcy estate of Supplybit and the Viking Entities on the terms set forth in the Motion and the Settlement Agreement attached to the Motion as Exhibit A;

4.      The Trustee is authorized to enter into a stipulated judgment in the Arbitration in VDC's favor in the amount of $7,946,635.69 and to execute such other documentation as may be required to effectuate the Settlement Agreement.

5.      This Order shall be effective immediately upon entry.

**SO ORDERED.**

SUBMITTED BY:

/s/  James A. Coutinho
James A. Coutinho (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Suite 2400
Columbus, OH 43215
O: (614) 221-8500     F:  (614) 221-5988
coutinho@asnalaw.com
*Chapter 7 Trustee*

Copies to Default list.