**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Tiffany Strelow Cobb
United States Bankruptcy Judge

**Dated: May 7, 2026**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 25-55423** |
| | ) | |
| | ) | **CHAPTER 7 (Involuntary)** |
| | ) | |
| SUPPLYBIT, LLC, | ) | |
| | ) | **JUDGE TIFFANY STRELOW COBB** |
| Debtor. | ) | **United States Bankruptcy Judge** |
| | ) | |
| | ) | |

**AMENDED ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY (Related to Docs. 9 & 64; Amends Doc. 71)**

This matter is before the Court on the Trustee's *Motion for Authority to Compromise Controversy* [Docket #64] (the "Compromise Motion") seeking an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure authorizing and empowering the Trustee to compromise the controversy between the bankruptcy estate of Supplybit, LLC (hereinafter, the "Debtor" or "Supplybit"), on the one hand, and Viking Data Centers LLC ("VDC"), Viking Real Estate Holdings LLC ("VREH"), VDC Toledo LLC ("Toledo"), and VDC Tigerden LLC

1

("Tigerden") (collectively, the "Viking Entities"), on the other.   This is an amended order, amending Doc. 71, which is entered to reflect that resolution of the Motion also resolves the pending *Emergency Motion Of Viking Data Centers, LLC, Viking Real Estate Holdings LLC, VDC Toledo LLC, and VDC Tigerden LLC for Relief From the Automatic Stay to Permit Continuation of Pending Arbitration Proceeding* (Doc. 9) (the "Stay Relief Motion").  The Compromise Motion was served on March 26, 2026 electronically through the court's ECF system on all ECF participants registered in this case at the email address registered with the Court and by ordinary U.S. Mail addressed to all creditors and parties in interest as set forth in the mailing matrix attached to the Compromise Motion. Notwithstanding the elapse of 21 days since the Compromise Motion was served, no objections or responses have been filed with the Court. The Court having reviewed the Compromise Motion finds that (i) the Court has jurisdiction over this matter and the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue over this case and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Compromise Motion was just and proper, and (v) the Compromise Motion is well taken. The Court finds that the compromise proposed by the Trustee is fair and equitable and in the best interests of the bankruptcy estate.

THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1.      Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Compromise Motion;

2.      The Compromise Motion is granted;

3.      The Trustee is authorized to compromise the controversy between the bankruptcy estate of Supplybit and the Viking Entities on the terms set forth in the Compromise Motion and the Settlement Agreement attached to the Motion as Exhibit A;

4.      The Trustee is authorized to enter into a stipulated judgment in the Arbitration in VDC's favor in the amount of $7,946,635.69 and to execute such other documentation as may be required to effectuate the Settlement Agreement.

5.      The Stay Relief Motion is also resolved by the terms of the Compromise Motion and Settlement Agreement. The automatic stay in this case is hereby lifted to permit the entry of the stipulated judgment referenced in the Settlement Agreement and to accomplish all other acts required to compromise this matter. The hearing on the Stay Relief Motion scheduled for May 6, 2026, is hereby vacated.

6.      This Order shall be effective immediately upon entry.

**SO ORDERED.**

SUBMITTED BY:

/s/  James A. Coutinho
James A. Coutinho (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Suite 2400
Columbus, OH 43215
O: (614) 221-8500     F:  (614) 221-5988
coutinho@asnalaw.com
*Chapter 7 Trustee*

APPROVED:

/s/ Julie K. Zurn
(*per email authority on 5/6/2026*)
Julie K. Zurn (0066391)
Christopher M. Millard (0105607)
Roetzel & Andress, LPA
222 S. Main Street, Suite 400
Akron, OH 44308
Phone: (330) 376-2700
Fax:    (330) 376-4577
Email: jzurn@ralaw.com
         cmillard@ralaw.com
*Counsel to Movants, Viking Data Centers, LLC et al.*

Copies to Default list.

3