**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Tiffany Strelow Cobb*
Tiffany Strelow Cobb
United States Bankruptcy Judge

**Dated: May 21, 2026**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | Case No. 25-55423 |
| | : | |
| Supplybit, LLC, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Judge Cobb |

### ORDER SETTING CONSOLIDATED PRELIMINARY AND FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. 75)

A motion for relief from the automatic stay imposed by § 362 was filed in this case by Michael Groff (Doc. 75) ("Motion") on May 19, 2026. It is hereby ORDERED that:

1. The preliminary and final hearing on this matter shall be consolidated and shall be held before the Court on **June 16, 2026 at 11:00 a.m.** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215 (the "Hearing").

2. Any party intending to introduce documentary evidence or call witnesses at the Hearing shall, three (3) business days prior to the hearing, file and serve on the opposing party witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016-1, Attachments A and B. Exhibits to be introduced at the hearing shall be pre-marked and sufficient copies shall be available to provide copies to the Court, the law clerk, and all parties.

3.      Should any party fail to appear at the Hearing, the Court may dismiss or deny the Motion, grant the relief requested, impose sanctions, or take such other action as is authorized by law.

4.      The Notice of Motion for Relief from Stay filed with the Motion stated that responses shall be filed with the Clerk and served upon the movant, the United States Trustee and the Chapter 7 trustee **by 4:00 p.m. on June 12, 2026**. If no response is filed within the time specified, the Hearing may be vacated and removed from the Court's docket.

No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.

IT IS SO ORDERED.

Copies to:

All Creditors and Parties in Interest