FILED OH S BANKRUPTCY
JUN 16 2026 AM10:37

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In re: SupplyBit, LLC**
Case No. 25-55423
Chapter 7

**OBJECTION TO TRUSTEE'S PROPOSED ABANDONMENT**

To the Honorable Court:

I respectfully object to the Trustee's Proposed Abandonment of the claims of SupplyBit, LLC against Standard Power Hosting Infra Company, LLC.

I entered into a contractual investment agreement with SupplyBit, LLC under which I provided funds to the company in exchange for repayment of my principal investment together with interest over a specified period of time. As a result of the bankruptcy proceeding, I have suffered financial losses and remain a creditor and interested party in this case.

According to the Trustee's Notice, the claims against Standard Power Hosting Infra Company, LLC may have substantial value. Because the litigation remains unresolved and no final determination has been made regarding the merits or value of those claims, I believe it is premature to abandon them at this time.

The proposed abandonment may eliminate a potential source of recovery for creditors and other parties with financial interests in the bankruptcy estate. Therefore, I respectfully request that the Court deny or postpone the proposed abandonment until a more complete evaluation of the claims and their potential value has been conducted.

Thank you for your consideration.

Respectfully submitted,

**Reynaldo Bringas**
615 Bougainville Ct
Naples, Florida 34110
3012013398
reynaldobringasdelgado@gmail.com

Date: 06/10/2026

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection to Trustee's Proposed Abandonment was mailed on 06/10/ 2026, to:

James A. Coutinho, Chapter 7 Trustee
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215

and

United States Trustee
170 North High Street, Suite 200
Columbus, OH 43215