Form 30hrgbk
(Rev. 9/24)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| *In re*: | : | |
| Supplybit, LLC | : | Case No. 25–55423 |
| | : | Chapter 7 |
| *Debtor.* | : | Judge Tiffany Strelow Cobb |
| | : | |
| | : | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that a hearing will be held at:

ADDRESS:     Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

DATE:       7/7/26

TIME:       02:30 PM

**TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court: Chapter 7 trustees proposed abandonment of property of the estate (Doc. 78) and the response (Doc. 81) filed by the Creditor Standard Power Hosting Infra Company LLC. The parties shall be prepared to present all witnesses and evidence at the hearing on the Motion. See Fed. R. Bankr. P. 9014(e).

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: June 23, 2026

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court