**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Tiffany Strelow Cobb
United States Bankruptcy Judge

**Dated: July 1, 2026**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-55423 |
| | : | |
| Supplybit, LLC, | : | Chapter 7 (Involuntary) |
| | : | |
| | | Judge Tiffany Strelow Cobb |
| Debtor. | | |

**ORDER GRANTING MOTION OF MICHAEL GROFF FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO PERMIT USE OF D&O INSURANCE PROCEEDS FOR DEFENSE COSTS AND SETTLEMENT OF CLAIMS AGAINST HIM (DOC. 75)**

This matter is before the court on the *Motion of Michael Groff for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Permit Use of D&O Insurance Proceeds for Defense Costs and Settlement of Claims Against Him* (Doc. [75]) (the "Motion") filed on May 19, 2026. Through the Motion, Michael Groff ("the "Movant"), seeks relief from the automatic stay to allow an insurance company to pay defense costs relative to (a) a Verified Answer and Counterclaims and Crossclaim in connection with Index No. 654473/2023 in the Supreme Court of the State of New York, County of New York (the "**Standard Power Action**") and (b) an action initiated by a complaint in the United States District Court for the District of Puerto Rico (the "**Gumprecht**

**Action**" and together with the Standard Power Action, the "**Actions**") and (c) a potentially settlement amount in the Gumprecht Action.

The Movant has alleged that cause exists for granting the Motion. The Motion was served on the Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties to the Motion.  Movant has also requested that the 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived.  No responsive pleading was filed. Based upon the foregoing, the Motion is approved.

It is, therefore, **ORDERED and DECREED** that the Motion be, and hereby is, Granted. The Automatic Stay imposed by 11 U.S.C. § 362 is modified to permit the insurance carrier to pay defense costs in the Actions and a settlement amount in the Gumprecht Action.

It is also **ORDERED AND DECREED** that the 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

IT IS SO ORDERED.

Submitted By:

/s/ Connor D. Hicks
Connor D. Hicks (Ohio Bar No. 0104492)
Taft, Stettinius & Hollister LLP
301 East 4th St, Suite 2800
Cincinnati, OH 45202
Phone: (513) 357-8752
Fax: (513) 381-0205
cdhicks@taftlaw.com

*Counsel for Movant*

2

200605978v1