**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: July 1, 2026**

Tiffany Strelow Cobb
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-55423 |
| SupplyBit, LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Tiffany Strelow Cobb |

**AGREED ORDER RESOLVING OBJECTION TO TRUSTEE'S PROPOSED ABANDONMENT OF PROPERTY OF THE ESTATE (CLAIMS AGAINST STANDARD POWER HOSTING INFRA COMPANY, LLC) AND VACATING HEARING [RELATED TO DOCS. 78, 81, & 82]**

This matter is before the Court on (1) the *Notice of Trustee's Proposed Abandonment of Property of the Estate: Claims Against Standard Power Hosting Infra Company, LLC* (the "Abandonment Notice") (Doc. 78), filed by Chapter 7 Trustee James A. Coutinho (the "Trustee"); (2) the *Objection to Trustee's Proposed Abandonment* (the "Objection") (Doc. 81), filed by Reynaldo Bringas, a creditor and party in interest ("Mr. Bringas"); and (3) the *Notice to Creditors and Other Parties in Interest* (Doc. 82), which set a hearing on the Abandonment Notice and the Objection. The Trustee and Mr. Bringas have conferred regarding the Objection and the basis for the proposed abandonment. Having considered the Trustee's explanation, Mr. Bringas has agreed

1

to withdraw the Objection, and the Trustee and Mr. Bringas have agreed that the hearing on the

Abandonment Notice and the Objection is no longer necessary and may be vacated. The Court

finds it appropriate to enter this Order based upon the agreement of the Trustee and Mr. Bringas.

It is therefore ORDERED as follows:

1.      The Objection (Doc. 81) filed by Mr. Bringas is deemed withdrawn.

2.      The hearing scheduled for July 7, 2026, at 2:30 p.m. on the Abandonment Notice

(Doc. 78) and the Objection (Doc. 81) is vacated.

3.      The Trustee's proposed abandonment of the Debtor's claims against Standard

Power Hosting Infra Company, LLC (the "Asset"), as set forth in the Abandonment Notice (Doc.

78), is approved, and the Asset is deemed abandoned by the bankruptcy estate pursuant to 11

U.S.C. § 554, effective upon entry of this Order.

SO ORDERED.

AGREED:

 /s/  James A. Coutinho
James A. Coutinho (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500 F: (614) 221-5988
coutinho@asnalaw.com
*Chapter 7 Trustee*


(see attached)
Reynaldo Bringas
615 Bougainvillea Ct
Naples, FL 34110
(301) 201-3398
reynaldobringasdelgado@gmail.com
*Objecting Creditor, pro se*

to withdraw the Objection, and the Trustee and Mr. Bringas have agreed that the hearing on the

Abandonment Notice and the Objection is no longer necessary and may be vacated. The Court

finds it appropriate to enter this Order based upon the agreement of the Trustee and Mr. Bringas.

It is therefore ORDERED as follows:

1.      The Objection (Doc. 81) filed by Mr. Bringas is deemed withdrawn.

2.      The hearing scheduled for July 7, 2026, at 2:30 p.m. on the Abandonment Notice

(Doc. 78) and the Objection (Doc. 81) is vacated.

3.      The Trustee's proposed abandonment of the Debtor's claims against Standard

Power Hosting Infra Company, LLC (the "Asset"), as set forth in the Abandonment Notice (Doc.

78), is approved, and the Asset is deemed abandoned by the bankruptcy estate pursuant to 11

U.S.C. § 554, effective upon entry of this Order.

SO ORDERED.

AGREED:

  /s/  James A. Coutinho
James A. Coutinho (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500 F: (614) 221-5988
coutinho@asnalaw.com
*Chapter 7 Trustee*


Reynaldo Bringas
615 Bougainvillea Ct
Naples, FL 34110
(301) 201-3398
reynaldobringasdelgado@gmail.com
*Objecting Creditor, pro se*

2

Copies to: Default List Plus Additional Party:

Reynaldo Bringas
615 Bougainvillea Ct
Naples, FL 34110