IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SUPPLYBIT, LLC<br><br>Debtor. | Case No. 25-55423<br><br>Chapter 7 (Involuntary)<br><br>JUDGE TIFFANY STRELOW COBB<br>United States Bankruptcy Judge<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF HOCKOMOCK MINING COMPANY** |

PLEASE TAKE NOTICE that the undersigned appears for Hockomock Mining Company ("HMC"), Creditor, and, pursuant to Fed. R. Bankr. P. 2002, 9007, and 9010, demands that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notice and papers referred to in the Fed. R. Bankr. P. specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, the rights and obligations of the above referenced creditor, or, interests with respect to the above captioned debtors, or, which require or seek to require, any act, delivery of any property, payment or other conduct by said creditor.

This entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over creditor, specifically, but not limited to: (i) its right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) its right to a trial by

jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal; and/or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Respectfully submitted,

*/s/ Branson D. Dunlop*_____

Branson D. Dunlop (0090035)
Dinsmore & Shohl LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
P: (513) 977-8200
F: (513) 977-8141
Branson.dunlop@dinsmore.com
*Counsel for Hockomock Mining Company*

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026 a copy of the foregoing Notice of Appearance and Demand for Service was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system. The following parties will be served by regular U.S. mail, postage prepaid:

Supplybit LLC
1715 Ave. Ponce de Leon Suite 7
San Juan, PR 00909

Anchorage Lending CA, LLC
101 S. Reid Street, Suite 329
Sioux Falls, SD 57103

Michael Groff, Founder & CEO
Supplybit, LLC
1 Calle Taft, 15 E
San Juan, PR 00911

Michael Groff, Supplybit, LLC
c/o Taft Stettinius & Hollister LLP
John R. Humphrey
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Wesley Decatur
c/o Peter S. French
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

KEVIN KISS
2764 Berkshire Rd
Cleveland Heights, OH 44106

WESLEY DECATUR
12 AB Vizcaya Street
Humacao, PR 00791

REPAIRBIT, LLC
9955 Walford Ave
Cleveland, Ohio 44102

RYAN ROSSI
2597 Wyndgate Ct
Westlake, OH, 44145

Zachary Ziliak
Ziliak Law LLC
141 W. Jackson Blvd.
Suite 4048
Chicago, IL 60604

Taft Stettinius & Hollister
Jozeff W. Gebolys
Patrick J. Krebs
Ste. 3500
200 Public Square
Cleveland, OH 44114

*/s/ Branson D. Dunlop*
Branson D. Dunlop (0090035)
Attorney for Movant