**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 18, 2026**

Tiffany Strelow Cobb
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-55423 |
| SUPPLYBIT, LLC | ) | Chapter 7 (Involuntary) |
| Debtor. | ) | **JUDGE TIFFANY STRELOW COBB**<br>**United States Bankruptcy Judge** |

**ORDER GRANTING ADMISSION *PRO HAC VICE*
OF MATTHEW B. LUNN [Docket No. 96]**

This matter having come before the Court on the Motion for Admission of Matthew B. Lunn *Pro Hac Vice* (the "Motion") requesting an Order admitting Matthew B. Lunn *pro hac vice*

to the United States Bankruptcy Court for the Southern District of Ohio pursuant to Local Rule 2090-1(b). The Court being otherwise fully informed,

IT IS HEREBY ORDERED that the Motion is GRANTED and attorney Matthew B. Lunn is admitted *pro hac vice* to appear before this Court on behalf of Hockomock Mining Company, with respect to the above-captioned Involuntary Chapter 7 proceeding and any related adversary proceedings.

Attorney Matthew B. Lunn shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

IT IS SO ORDERED.

Copies to: Default List Plus:
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801

# # #