**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 25, 2026**

UNITED STATES BANKRUPTCY COURT · SOUTHERN DISTRICT OF OHIO

Tiffany Strelow Cobb
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>SUPPLYBIT, LLC,<br><br>Debtor. | Case No. 25-55423<br><br>Chapter 7 (Involuntary)<br><br>**JUDGE TIFFANY STRELOW COBB**<br>**United States Bankruptcy Judge** |

**ORDER GRANTING MOTION FOR LIMITED ADMISSION PRO HAC VICE [DOCKET NO. 110]**

This matter having come before the Court on the Motion for Limited Admission of Peter S. French *Pro Hac Vice* (the "Motion") requesting an Order admitting Peter S. French *pro hac vice* to the United States Bankruptcy Court for the Southern District of Ohio pursuant to Local Rule 2090-1(b) in a capacity limited to proceedings related to *Hockomock Mining Company's Motion for Order Authorizing Examination and Production of Documents* [Dkt. 89] on behalf of Repairbit, LLC ("Repairbit"), Groff Consulting Group, LLC ("Groff Consulting"), Caldwell Distribution, LLC ("Caldwell"), MW Advisory, LLC ("MW Advisory"), Trinity Holdings Group,

LLC ("Trinity"), Bitsure, LLC ("Bitsure"), Michael Groff, Wesley Decatur, Ryan Rossi, and Kevin Kiss (collectively "Objectors"). The Court being otherwise fully informed,

IT IS HEREBY ORDERED that the Motion is GRANTED and attorney Peter S. French is admitted *pro hac vice* to appear before this Court on behalf of Repairbit, LLC ("Repairbit"), Groff Consulting Group, LLC ("Groff Consulting"), Caldwell Distribution, LLC ("Caldwell"), MW Advisory, LLC ("MW Advisory"), Trinity Holdings Group, LLC ("Trinity"), Bitsure, LLC ("Bitsure"), Michael Groff, Wesley Decatur, Ryan Rossi, and Kevin Kiss, with respect to matters relating to proceedings related to *Hockomock Mining Company's Motion for Order Authorizing Examination and Production of Documents* [Dkt. 89] in the above-captioned Involuntary Chapter 7 proceeding and any related adversary proceedings.

Attorney Peter S. French shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order.** See LBR 9010-1.

IT IS SO ORDERED.

Copies to: Default List Plus:

Peter S. French, Esq.
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

# # #