IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SUPPLYBIT, LLC<br><br>Debtor. | Case No. 25-55423<br><br>Chapter 7 (Involuntary)<br><br>JUDGE TIFFANY STRELOW COBB<br>United States Bankruptcy Judge<br><br>**NOTICE OF APPEARANCE FOR HOCKOMOCK MINING COMPANY** |

Please take notice that Jared Kochenash of the law firm Young Conaway Stargatt & Taylor, LLP, hereby enters an appearance on behalf of Hockomock Mining Company in the above-captioned case and requests service of all notices, pleadings, motions, applications, objections, reports, demands, and other papers filed herein.

The contact information for counsel is as follows:

Jared W. Kochenash
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Phone: (302) 571-6559
Email: JKochenash@ycst.com

Counsel requests that all notices and pleadings in this case be served electronically through the Court's CM/ECF system and, to the extent necessary, at the address listed above.

Dated: September 25, 2026

Respectfully Submitted

*/s/ Branson D. Dunlop*__________
Branson D. Dunlop, (0090035)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Email: Branson.dunlop@dinsmore.com
Telephone: (513) 977-8200
*Counsel for Hockomock Mining Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties and counsel of record via the Court's CM/ECF system. The following parties will be served by regular U.S. mail, postage prepaid:

Supplybit LLC
1715 Ave. Ponce de Leon Suite 7
San Juan, PR 00909

*/s/ Branson D. Dunlop*
Branson D. Dunlop (0090035)