**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 25-55423 |
| SUPPLYBIT, LLC, | Chapter 7 (Involuntary) |
| Debtor. | **JUDGE TIFFANY STRELOW COBB**<br>**United States Bankruptcy Judge** |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

Please take notice Peter S. French of the law firm Taft Stettinius & Hollister LLP, hereby enters an appearance in the above-captioned matter in a limited capacity, solely in connection with *Hockomock Mining Company's Motion for Order Authorizing Examination and Production of Documents* [Dkt. 89] and related proceedings, for the following parties; Repairbit, LLC ("Repairbit"), Groff Consulting Group, LLC ("Groff Consulting"), Caldwell Distribution, LLC ("Caldwell"), MW Advisory, LLC ("MW Advisory"), Trinity Holdings Group, LLC ("Trinity"), Bitsure, LLC ("Bitsure"), Michael Groff, Wesley Decatur, Ryan Rossi, and Kevin Kiss (collectively "Objectors"), and requests that all notices given, and all papers served in this case by given to and served upon the undersigned at the following office address and telephone number:

Peter S. French
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Phone: 317.713.3500
Fax: 317.713.3699
Email: pfrench@taftlaw.com

Dated: October 22, 2026

Respectfully submitted,

*/s/ Peter S. French*
Peter S. French, Esq., #16716-49
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Phone: (317) 713-3500
Fax: (317) 713-3699
pfrench@taftlaw.com

*Attorney for Objectors*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, a true and correct copy of the foregoing Motion for Limited Admission Pro Hac Vice was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, including upon:

Branson D. Dunlop
**DINSMORE & SHOHL LLP**
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8340
Email: branson.dunlop@dinsmore.com

Matthew B. Lunn
James M. Yoch, Jr.
Jared W. Kochenash
Skyler A. C. Speed
Rodney Square
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: mlunn@ycst.com
jyoch@ycst.com
jkochenash@ycst.com
sspeed@ycst.com
*Attorneys for Hockomock Mining Company*

**James A. Coutinho**
**Allen Stovall Neuman & Ashton LLP**
10 West Broad Street
Ste. 2400
Columbus, OH 43215
614-221-8500
614-221-5988 (fax)
coutinho@asnalaw.com
*Trustee*

Pamela Arndt
**DOJ-Ust**
200 North High Street
Suite 309
Columbus, OH 43215
614-469-7415
Email: Pamela.D.Arndt@usdoj.gov

Edward Henry Cahill
**United Stated Department of Justice**
200 North High Street
Suite 309
Columbus, OH 43215
202-253-2792
Email: edward.h.cahill@usdoj.gov

**Steven E Miller**
**Amundsen Davis LLC**
500 S. Front St.
Suite 1200
Columbus, OH 43215
614-229-4537
Fax : 380-246-9901
Email:Smiller@amundsendavislaw.com
*Attorney for Petitioning Creditors*